## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### CASE NO: 06-CV-60430-HUCK

| | |
|---|---|
| CELLANTENNA CORP., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL COMMUNICATIONS | ) |
| COMMISSION and THE UNITED STATES | ) |
| OF AMERICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants hereby move to dismiss the Complaint, in its entirety, with prejudice, for lack

of subject-matter jurisdiction or, alternatively, for failure to state a claim.  Along with this

Motion, Defendants file a memorandum of law.

DATED: June 30, 2006

Respectfully Submitted:

R. ALEXANDER ACOSTA
United States Attorney

PETER D. KEISLER
Assistant Attorney General

THEODORE C. HIRT
Assistant Branch Director

By: _____

PETER T. WECHSLER (MA Bar)
Trial Attorney
United States Department of Justice
Civil Division
Email: peter.wechsler@usdoj.gov
Federal Programs Branch

20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Attorneys for Defendants

CERTIFICATE OF SERVICE

CASE NO: 06-CV-60430-CIV-HUCK

I HEREBY CERTIFY that on this 30th of June, 2006, a true and correct copy of the

foregoing was mailed postage prepaid to counsel listed on the attached service list.

Marlene Rodriguez (0120057)
Assistant United States Attorney, SDFL

<u>SERVICE LIST</u>

CASE NO: 06-CV-60430-CIV-HUCK

Jeffrey A. Sarrow, P.A.
Jsparrowpa@aol.com
300 South Pine Island Road, Suite 304,
Plantation, FL 33324
Telephone: (954) 475-3188
Facsimile: (954) 474-4416
Attorney for Plaintiff, CellAntenna Corp.

Peter T. Wechsler (MA Bar)
Trial Attorney
United States Department of Justice
Civil Division
Email: peter.wechsler@usdoj.gov
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Attorney for Defendants